UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

STEVE MCLEOD,

Plaintiff,

v.

UPMC CHILDREN'S HOSPITAL OF
PITTSBURGH et al.,

Defendants.

Civil Action No. 21-116 (RK) (JTQ)

**ORDER**

**THIS MATTER** comes before the Court upon the Report and Recommendation (ECF No. 67) and Supplemental Report and Recommendation (ECF No. 78) of the Honorable Justin T. Quinn, U.S.M.J., which recommend dismissing this action with prejudice based on *pro se* Plaintiff Steve McLeod's ("Plaintiff") failure to prosecute the case and otherwise comply with Court orders. (R&R at 1.) On October 16, 2024, Plaintiff filed a letter requesting that the Court "reconsider this ruling." (ECF No. 69.) The Court construes this as an objection to the Report and Recommendation. Additionally, on August 13, 2025, Plaintiff filed a "Response in Opposition" to the Supplemental Report and Recommendation. (ECF No. 80.) The Court construes this as an objection to the Supplemental R&R. For the reasons set forth in the Court's Memorandum Opinion filed on this date, and for good cause shown,

**IT IS** on this 7th day of April, 2026,

**ORDERED** that the Report and Recommendation (ECF No. 67) is **ADOPTED**; and it further

**ORDERED** that the Supplemental Report and Recommendation (ECF No. 78) is **ADOPTED**; and it further

**ORDERED** that Plaintiff's Amended Complaint (ECF No. 31) is **DISMISSED** with prejudice; and it is further

**ORDERED** that the matter is **CLOSED**; and it is further

**ORDERED** that the Clerk's Office is directed to mail a copy of this Order to Plaintiff via regular mail.

ROBERT KIRSCH
UNITED STATES DISTRICT JUDGE